DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SAWYER v. GOODMAN

No. 352P83.

Case below: 63 N.C. App. 191.

Petition by defendant Nelson for discretionary review under G.S. 7A-31 denied 6 December 1983.

SHARPE v. NATIONWIDE MUT. FIRE INS. CO.

No. 365P83.

Case below: 62 N.C. App. 564.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 6 December 1983.

SNUGGS v. STANLY CO. DEPT. OF PUBLIC HEALTH

No. 411PA83.

Case below: 63 N.C. App. 86.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 December 1983. Motion by defendants to dismiss appeal for lack of subject matter jurisdiction denied 6 December 1983.

STATE v. BEATTY

No. 571P83.

Case below: 64 N.C. App. 511.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

STATE v. BRAY

No. 563P83.

Case below: 64 N.C. App. 620.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.